Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
ROSEMARIE ANNE SCOTELLARO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARIE ANNE SCOTELLARO, | Case No.: 2:13-cv-00696-GMN-PAL |
| Plaintiff, | UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant[1] | |

Plaintiff Rosemarie Anne Scotellaro ("Plaintiff"), through his undersigned counsel of record, requests the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 17, 2014;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1  and that Defendant shall have until February 17, 2013, to file his opposition, if any
2  is forthcoming.  Any reply by plaintiff will be due February 24, 2014.
3      An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter to avoid a confluence of due
5  dates in the midst of the holiday season as a result of the lapse in appropriations.
6      Counsel for defendant has indicated, via e-mail, that this motion to extend
7  the time to file is not opposed.

DATE: December 4, 2013,    Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ Marc V. Kalagian
BY: _____
Marc V. Kalagian
Attorney for plaintiff ROSEMARIE SCOTELLARO

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 9, 2013

-2-