**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARIE ANNE SCOTELLARO, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:13-cv-00696-GMN-PAL <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered June 22, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by July 9, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Motion to Remand (ECF No. 18) be denied and that Defendant's Cross-Motion to Affirm (ECF No. 24) be granted. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 27) is **ACCEPTED and ADOPTED in full**. Plaintiff's Motion to Remand (ECF No. 18) is **DENIED** and Defendant's Cross-Motion to Affirm (ECF No. 24) is **GRANTED**.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 14th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court